UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-196(DSD/JMM)

Ask Me Multimedia, Inc.,

Plaintiff,

v. **ORDER OF REFERENCE**

recordLab Corporation,

Defendant.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendant recordLab's motion to dismiss in this matter. Any such motion shall be noticed for heard before Magistrate Judge John M. Mason.

Dated: April 24, 2000

David S. Doty, Judge
United States District Court

FILED 4-24-00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______