UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ask Me Multimedia, Inc.

Plaintiff,

v.

RecordLab Corporation, formerly known as Midisoft Corporation,

Defendant.

No. 00-CV-196 DSD/SRN

**STIPULATION AND ORDER**

Following discussions at the March 1, 2001 settlement conference held before Magistrate Judge Susan Richard Nelson, the parties, through their undersigned attorneys, hereby stipulate and agree that the time period for dispositive motions shall be extended to April 2, 2001. The parties agree that if settlement has not been reached prior to April 2, 2001, plaintiff may serve its motion for summary judgment with accompanying materials on or before that date. The parties shall then follow the procedure set forth in Local Rule 7.1(b) with respect to the filing of the motion with the Court.

DATED: March 12, 2001.

**GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.**

By: ______________________
Lawrence A. Moloney, #165876
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 343-2800

**ATTORNEYS FOR PLAINTIFF**

FILED MAR 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

DATED: March 2001.

**LINDQUIST & VENNUM P.L.L.P.**

By: Laurance R Waldoch 3/7/01
Laurance R. Waldoch, #113797
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3211

**ATTORNEYS FOR DEFENDANT**

**ORDER**

Pursuant to the Stipulation of the parties as set forth above, it is hereby ordered that the time for service of dispositive motions is hereby extended to April 2, 2001.

DATED: March 14, 2001.

BY THE COURT:

Susan Richard Nelson
Magistrate Judge Susan Richard Nelson
United States District Court