**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| AskMe Multimedia, Inc., Plaintiff, vs. RecordLab Corporation, formerly known as Midisoft Corporation, Defendant. | **Court File No. 00-CV-196 DSD/SRN** **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER** |

Whereas the Plaintiff AskMe Multimedia, Inc., ("AskMe") brought the above-captioned law suit against Defendant Recordlab Corporation, f/k/a Midisoft Corporation ("Recordlab").

Whereas the AskMe and Recordlab have agreed to resolve this dispute without further resort to litigation, and have entered into a Settlement Agreement, attached hereto as Exhibit A.

Therefore, AskMe and Recordlab, through their attorneys, hereby stipulate and agree as follows:

1. The above-captioned lawsuit should be dismissed without prejudice, and both AskMe and Recordlab will be responsible for their own legal fees and costs associated with this action.

Dated: September 6, 2001

GRAY PLANT MOOTY MOOTY
& BENNETT, P.A.

By [signature]
Lawrence A. Moloney
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 343-2800
Attorney for Plaintiff

Dated: September 7, 2001

LINDQUIST & VENNUM

By [signature]
Laurence R. Waldoch
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3251
Attorney for Defendant

FILED 9-11-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

It is so ordered that the above-captioned case is dismissed without prejudice.

Dated: September 10, 2001

By______________________
David S. Doty
United States District Court Judge

GP:822762 v1